FILE COPY

## *11ᵗʰ Court of Appeals Mandate*

**THE STATE OF TEXAS**

**TO THE 106TH DISTRICT COURT OF GAINES COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on February 8, 2018, the cause upon appeal to revise or reverse your judgment between

Cobalt Operating, LLC

11th Court of Appeals No. 11-17-00287-CV and
106th District Court Case No. 15-10-17172

Basic Energy Services, L.P.

was determined; and therein our said Court made its order in these words:

*"This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Cobalt Operating, LLC."*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of

Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly

recognized, obeyed and executed.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on March 2, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy

FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, ELEVENTH DISTRICT, AT EASTLAND

No. 11-17-00287-CV

### Cobalt Operating, LLC
### v.
### Basic Energy Services, L.P.

(No. 15-10-17172 IN 106TH DISTRICT COURT OF GAINES COUNTY)

COURTS OF APPEAL:

| TYPE OF FEE | CHARGES | PAID/NOT PAID | DATE | BY |
|---|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | 02/06/2018 | ROBERT K. WHITT |
| MOTION FEE | $10.00 | E-PAID | 12/12/2017 | ROBERT K. WHITT |
| FILING | $205.00 | E-PAID | 10/26/2017 | ROBERT K. WHITT |

TRIAL COURT FEE:
Clerk's Record - unknown

**Balance of costs owing to the Eleventh Court of Appeals, Eastland, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **Sherry Williamson, CLERK** OF THE ELEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE ELEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on March 2, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy